UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

XEROX CORPORATION, a
New York Corporation,

                                        NO. CIV. S-12-0164 LKK/CKD
          Plaintiff,

     v.
                                        O R D E R
THE PRINTING PRESS, an
unknown entity; BROADWAY
PRINTING PRESS, INC., a
California corporation,
d.b.a. The Printing Press;
COURTNEY MATTSON, an
individual, a.k.a. Courtney
Harden Mattson and Courtney H.
Mattson, and d.b.a. The
Printing Press,


          Defendants.
_____/

     A  status  conference  in  the  above  referenced  matter  is
currently scheduled for April 9, 2012, at 2:00 P.M.  Although the
court's  electronic  docket  indicates  that  Defendants  have  been
served, <u>see</u> Proof of Service, ECF No. 6, Defendants have not filed
an answer to the complaint, nor have Defendants filed a pretrial
conference status report.

                              1

1    Accordingly, the court ORDERS as follows:

2    [1] The status conference is CONTINUED to May 14, 2012, at

3    3:00 P.M.

4    [2] The parties SHALL submit updated status reports no later

5    than 14 days before the status conference.

6    IT IS SO ORDERED.

7    DATED:  April 4, 2012.

8

9

10   LAWRENCE K. KARLTON
     SENIOR JUDGE
     UNITED STATES DISTRICT COURT
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26