UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

XEROX CORPORATION, a
New York Corporation,

          Plaintiff,

   v.

THE PRINTING PRESS, an
unknown entity; BROADWAY
PRINTING PRESS, INC., a
California corporation,
d.b.a. The Printing Press;
COURTNEY MATTSON, an
individual, a.k.a. Courtney
Harden Mattson and Courtney H.
Mattson, and d.b.a. The
Printing Press,

          Defendants.
_____/

NO. CIV. S-12-0164 LKK/CKD

O R D E R

    A status conference in the above referenced matter is currently scheduled for April 9, 2012, at 2:00 P.M. Although the court's electronic docket indicates that Defendants have been served, see Proof of Service, ECF No. 6, Defendants have not filed an answer to the complaint, nor have Defendants filed a pretrial conference status report.

1   Accordingly, the court ORDERS as follows:
2   [1] The status conference is CONTINUED to May 14, 2012, at
3   3:00 P.M.
4   [2] The parties SHALL submit updated status reports no later
5   than 14 days before the status conference.
6   IT IS SO ORDERED.
7   DATED:  April 4, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2