UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

| | |
|---|---|
| **XEROX CORPORATION** | **DEFAULT JUDGMENT** |
| v. | Case No. 2:12-cv-0164 LKK CKD |
| **THE PRINTING PRESS, et al.** | |

      **IT IS ORDERED AND ADJUDGED** default judgment in the amount of $142,253.03 is hereby ENTERED against defendants:

      **The Printing Press, Broadway Printing Press, Inc., Courtney Mattson**

June 20, 2012

      VICTORIA C. MINOR, CLERK

      By:    /s/ K. Zignago
           K. Zignago, Deputy Clerk